# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

**DEFENDANTS**

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff

☐ 2 U.S. Government Defendant

☐ 3 Federal Question *(U.S. Government Not a Party)*

☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | | | ☐ 751 Family and Medical Leave Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | **FEDERAL TAX SUITS** | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| | | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding

☐ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from Another District *(specify)*

☐ 6 Multidistrict Litigation - Transfer

☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____

DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW JERSEY

_____     :
                                   :
MEGHAN M. HOLLOWAY                  :     CIVIL ACTION
                                   :
        v.                          :     CASE NO.: _____
                                   :
NASSAU PROVISIONS; NASSAU            :     JURY TRIAL DEMANDED
PROVISIONS KOSHER FOODS, INC.;      :
RICHARD ROE 1-10 (fictitious names); :
GEICO INDEMNITY COMPANY;            :
JOHN DOE 1-10 (fictitious names);   :
JANE ROE 1-10 (fictitious names); ABC :
COMPANY, INC 1-10 (fictitious names); :
JOHN DOE 11-20 (fictitious names);  :
JANE ROE 11-20 (fictitious names);  :
JOHN DOE 21-30 (fictitious names);  :
JANE ROE (fictitious names).        :
_____:

## DEFENDANT'S NOTICE OF REMOVAL

DEFENDANTS, Nassau Provisional Kosher Foods and Nassau Provisional, by and through their attorney, Matthew Moroney, Esq., of the Law Offices of Goldberg, Miller & Rubin, P.C., respectfully alleges as follows:

1.      This action was initiated by the filing of a Complaint on September 29, 2020 in the Superior Court of New Jersey Essex County. *A copy of the Complaint is attached hereto as Exhibit A.*

2.      On October 14, 2020, Plaintiff served Defendants, Nassau Provisional Kosher Foods and Nassau Provisional. *A copy of the Affidavit of Service is attached hereto as Exhibit B.*

3.      The instant removal is timely as it is filed within thirty (30) days of Defendant's receipt of the Complaint. 28 U.S.C. § 1446(b)(1).

4.      Defendants, Nassau Provisional Kosher Foods and Nassau Provisional, are located at 200 Albany Avenue, Freeport, New York 11520.

5.      Defendant, GEICO Indemnity Company is incorporated in Maryland with a principal place of business located at 1 GEICO Boulevard, Fredericksburg, Virginia 22412.

6.      Plaintiff, Meghan M. Holloway, resides at 178 Central Avenue, Apartment E, Englewood, New Jersey and is a citizen of New Jersey.

7.      There is complete diversity of citizenship for the purposes of removal pursuant to 28 U.S.C. § 1332.

8.      Additionally, in this suit, Plaintiff alleges that she is entitled to payment under a motor vehicle insurance policy issued by State Farm Mutual Insurance Company with policy limits in the amount of $100,000,000; The amount exceeds the jurisdictional requirement of removal.

9.      Defendants, Nassau Provisional Kosher Foods and Nassau Provisional has not answered, moved or otherwise responded to the Complaint. No other proceedings have occurred heretofore in this action.

10.     No previous application for relief requested herein had heretofore been made.

WHEREFORE, Defendants, Nassau Provisional Kosher Foods and Nassau Provisional, respectfully requests that this action be removed to the Court.

**GOLDBERG, MILLER & RUBIN, P.C.**

Date: November 3, 2020                    By:    _Matthew Moroney_

MATTHEW MORONEY, ESQUIRE
NJ Attorney ID No.: 017042002
155 Passaic Avenue
Suite 410
Fairfield, NJ  07004
(973) 842-7720
*Attorney for Defendants, Nassau*
*Provisional Kosher Foods and Nassau*
*Provisional*

**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY**

_____     :

MEGHAN M. HOLLOWAY                    :      CIVIL ACTION
                                      :
           v.                         :      CASE NO.: _____
                                      :
NASSAU PROVISIONS; NASSAU             :      JURY TRIAL DEMANDED
PROVISIONS KOSHER FOODS, INC.;        :
RICHARD ROE 1-10 (fictitious names);  :
GEICO INDEMNITY COMPANY;              :
JOHN DOE 1-10 (fictitious names);     :
JANE ROE 1-10 (fictitious names); ABC :
COMPANY, INC 1-10 (fictitious names); :
JOHN DOE 11-20 (fictitious names);    :
JANE ROE 11-20 (fictitious names);    :
JOHN DOE 21-30 (fictitious names);    :
JANE ROE (fictitious names).          :
_____:

## <u>CERTIFICATION OF SERVICE</u>

I, Matthew Moroney, Esquire, hereby certifies that, on the below date, Defendants,

Nassau Provisional Kosher Foods and Nassau Provisional's Notice of Removal was filed with

the Court and will be available for viewing and downloading from the ECF system. I also certify

that a true and correct copy was served via electronic and regular mail on the same date on the

following:

David T. Ercolano, Esq.                 Joseph Pasquale, Esq.
Fusco and Macaluso                      Law Offices of Leslie A. DeTorres
150 Passaic Avenue                      300 Executive Drive
PO Box 838                              West Orange, NJ 07052
Passaic, NJ 07055                       *Attorney for Defendant, GEICO Indemnity*
*Attorney for Plaintiff, Meghan M. Holloway*     *Company*

*GOLDBERG, MILLER & RUBIN, P.C.*

Date: November 3, 2020            By:      *Matthew Moroney*

MATTHEW MORONEY, ESQUIRE
NJ Attorney ID No.: 017042002
155 Passaic Avenue
Suite 410
Fairfield, NJ  07004
(973) 842-7720
*Attorney for Defendants, Nassau*
*Provisional Kosher Foods and Nassau*
*Provisional*