**UNITED STATES DISTRICT COURT**
**for the District of New Jersey [LIVE]**
**Newark, NJ**

MEGHAN M. HOLLOWAY

                      Plaintiff,

v.                                Case No.: 2:20−cv−15506−WJM−MF

NASSAU PROVISIONS, et al.

                      Defendant.

Clerk, Superior Court of New Jersey
Essex County Veterans Courthouse
50 West Market Street
Newark, NJ 07102

State No: L−006444−20

**Dear Clerk of Court:**

    Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.

                                                  Very truly yours,

                                                  William T. Walsh, Clerk
                                                  By Deputy Clerk, gh

encl.
cc: All Counsel